**Dismissed w.o.j. and Opinion Filed December 6, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01370-CV

### IN RE DANIEL J. PATTERSON, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F98-49486-HU**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Boatright
Opinion by Justice Myers

Before the Court is relator's petition for writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure. Only the Texas Court of Criminal Appeals has writ jurisdiction in final, post-conviction felony proceedings. TEX. CODE CRIM. PROC. art. 11.07(3) (West 2015). Accordingly, we dismiss this proceeding for want of jurisdiction.

/Lana Myers/
LANA MYERS
JUSTICE

171370F.P05